10810.   GRANT v. THE STATE.

BLOODWORTH, J.   1. "The overruling of a demurrer to an indictment can
    not properly be made a ground of a motion for a new trial." *Veal* v.
    *State*, 116 *Ga.* 589 (42 S. E. 705); *Brown* v. *Wilkes*, 20 *Ga. App.* 92 (92
    S. E. 553), and cases cited.
2. Under the qualifying note of the trial judge there is no merit in the
    fifth ground of the motion for a new trial.
3. The court did not err in charging the jury on voluntary manslaughter.
4. The evidence supports the verdict.
               *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*
                         DECIDED NOVEMBER 4, 1919.

Conviction of manslaughter; from Evans superior court—Judge
Evans.   June 7, 1919.

*P. M. Anderson,* for plaintiff in error.

*J. Saxton Daniel,* solicitor-general, contra.